UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

CASE NO.   2:15-cr-85-FtM-38CM

LAWRENCE PAUL RASNICK, JR.

_____

### ORDER

Before the Court is the United States' Unopposed Motion Regarding Seized Property requesting an Order directing the Collier County Sheriff's Office to remit to the Clerk of the Court $2,614.00 seized from the defendant on July 29, 2011.

Being fully advised in the premises, the Court finds that to best serve the purpose of restitution to the victim, RNC Bank NKA PNC Bank, the Collier County Sheriff's Office must turn over the $2,614.00, which was recovered from defendant Lawrence Paul Rasnick Jr.'s person at the time of his arrest, to be applied in partial satisfaction of the defendant's restitution.

Accordingly, for good cause shown, the motion of the United States is **GRANTED**.

The Collier County Sheriff's Office is directed to remit $2,614.00 to the Clerk of the Court be applied to defendant Lawrence Paul Rasnick Jr.'s court ordered restitution to RNC Bank NKA PNC Bank.  The defendant's restitution will be credited with the $2,614.00 payment.

**DONE and ORDERED** in Fort Myers, Florida, this 1st day of February, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties of Record